UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZHENGCHENG HUANG,<br><br>Defendant. | Case No. 24-229 PLM<br><br>DETENTION ORDER<br>RULE 5 TRANSFER |

Defendant Zhengcheng Huang is charged with conspiracy to distribute oxycodone, 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and forfeiture, in the Eastern District of Pennsylvania. The Court held a detention hearing on April 22, 2024, pursuant to Fed. R. Crim. P. 5(c)(2), (d)(3), and 18 U.S.C. § 3142, and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Huang is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption of that no condition or combination of

DETENTION ORDER - 1

|   |   |   |
|---|---|---|
| 1 |   | conditions will reasonably assure the appearance of the person as required and the |
| 2 |   | safety of the community pursuant to 18 U.S.C. § 3142(e). |
| 3 | 3. | Taken as a whole, the record does rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Huang as required and the safety of the community. Mr. Huang has stable employment and ties to the community. |
| 7 | 4. | Mr. Huang poses a risk of nonappearance due to ties to a foreign country, including owning an apartment in China and having parents who live in China. Mr. Huang appears to have a passport with his picture and someone else's name as well as an association with aliases and multiple social security number. There are also allegations that he fled the United States after a storage facility associated with him was searched by law enforcement. Mr. Huang has no checking or savings account and denies having access to electronic funds yet was able to travel throughout the South-eastern region of Asia for almost five months. There are also allegations that the charged conspiracy netted close to $16 million that may be accessible to Mr. Huang via a Bitcoin wallet. |
| 17 | 5. | Mr. Huang poses a risk of danger due to the nature of the offense. |
| 18 | 6. | Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Huang's appearance at future court hearings while addressing the danger to other persons or the community, pending his initial appearance in the Eastern District of Pennsylvania. |
| 23 | 7. | The record does not effectively rebut the presumption that no condition or |

combination of conditions other than detention will reasonably assure the appearance of Mr. Huang as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Huang shall be detained pending initial appearance in the Eastern District of Pennsylvania and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Huang shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Huang is confined shall deliver Mr. Huang to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Huang, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 22nd day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge